**STATE v. MORRIS**

[355 N.C. 488 (2002)]

STATE OF NORTH CAROLINA v. ANTOINNE LAMONT MORRIS

No. 663A01

(Filed 10 May 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 147 N.C. App. 247, 555 S.E.2d 353 (2001), reversing a judgment entered 8 June 2000 by Kincaid, J., in Superior Court, Mecklenburg County. Heard in the Supreme Court 15 April 2002.

*Roy Cooper, Attorney General, by Jennie Wilhelm Mau, Assistant Attorney General, for the State-appellant.*

*Isabel Scott Day, Public Defender, by Julie Ramseur Lewis, Assistant Public Defender, for defendant-appellee.*

PER CURIAM.

AFFIRMED.